Attorney or Party without Attorney:
DOWDITCH & DEWEY
P.O. BOX 15156
311 MAIN STREET
WORCESTER, MA 01615-0156

Case No: 0411809EFH
Doc. No: 3220409020048

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT   STATE OF CALIFORNIA
Court: DISTRICT    County: NORFOLK          State: MASSACHUSETTS
EXGENEX, INC VS MICHAEL SORGANI

AFFIDAVIT OF SERVICE

I certify that   JUAN J. QUINONEZ
being first duly sworn, deposes and says: That he is a regularly appointed, qualified deputy Sheriff of the said County of Los Angeles, in the State of California, and over the age of twenty-one years, not a party to the action or related to either party, nor an attorney for a party, nor in any way interested in the within named action, and authorized to serve civil process
  SUMMONS IN A CIVIL CASE; VERIFIED COMPLAINT;
  CIVIL COVER SHEET.

On  09/07/04 at  05:50 PM and that he served the same on the defendant and/or respondent named below, on the date indicated, by delivering to and leaving with said defendant and/or respondent in the County of Los Angeles, State of California, personally, a true and correct copy thereof, with all notices and endorsements thereon, in the manner and the place and time shown below:

1. Name: SORGANI, MICHAEL

2. Person served and title:
      SORGANI, MICHAEL

3. Person with whom left and title or relationship to person served:

4. Date and time of delivery
      05:50 PM
      09/07/04

5. Mailing date, type of mail and place of mailing

6. Address, city and state:
      1214 EAST MOUNTAIN ST
      GLENDALE, CA 91207

      ( X ) Home     (   ) Business

7. Manner of Service:

    ( X ) (Personal Service) by personally delivering true copies to the person, firm or corporation served.
        (  ) With endorsement of name, place of service and official title on copy served.
        (  ) With required notice written or printed on the face of the process served.
        (  ) Affiant showed the original process to the defendant at the time of such service.

    (  ) (Identification) was made as to the identify of the person so served was as follows:
        (  ) Photograph of the defendant attached to the process and furnished by the plaintiff herein and made a part of this affidavit.
        (  ) Sex:    Race:    Hair:    Age:
            Weight:    · Height:  Ft.    Ins.
            Drivers Lic:    Other:

    (  ) (Military Service) That at the time of service of process, defendant wore civilian clothes and no military uniform, and from investigation made in his serving process in this matter, he ascertained the defendant was not in military service.

8. FEE FOR SERVICE:$ 30.00
       NOTARY:  10.00    COUNTY CLERK:    TOTAL:$ 40.00

Deputy JUAN J. QUINONEZ
SHERIFF'S OFFICE                LEROY D. BACA, SHERIFF
300 E. OLIVE
BURBANK, CA 91502              By: _____
(818)557-3490                                Deputy Sheriff

On __09-08-2004__, the undersigned personally appeared and is known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in their official capacity and that by their signature on the instrument, (s)he executed the instrument.
_Eddie Morales_
Notary Public in and for the County of
Los Angeles, State of California

EDDIE MORALES
Commission # 1354548
Notary Public - California
Los Angeles County
My Comm. Expires May 29, 2006

Attorney or Party without Attorney:
DOWDITCH & DEWEY
P.O. BOX 15156
311 MAIN STREET
WORCESTER, MA 01615-0156

Case No: 0411809EFH
Doc. No: 3220409020048

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT  STATE OF CALIFORNIA
Court: DISTRICT    County: NORFOLK                State: MASSACHUSETTS
                 EXGENEX, INC VS MICHAEL SORGANI

Additional Documents:

SUMMONS IN A CIVIL CASE; VERIFIED COMPLAINT;
CIVIL COVER SHEET.