UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| _____ ) | |
| EXGENEX, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 04-11809-EHF |
| ) | |
| MICHAEL SORGANI, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the parties in the above-captioned matter, and pursuant to

Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, move to dismiss the claims

asserted in this matter with prejudice, with all rights to appeal waived, and each side to

bear its own costs and attorneys' fees.


EXGENEX, INC.                          MICHAEL SORGANI

By its Attorneys,

                                       By his Attorney,


/s/  David M. Felper                   /s/  Paul R. Mastrocola
_____         _____
David M. Felper, Esq. (BBO #162460)    Paul R. Mastrocola, Esq.
Christine S. Collins, Esq. (BBO #639293)   Burns & Levinson, LLP
Bowditch & Dewey, LLP                  125 Summer Street
311 Main Street                        Boston, MA  02110
P.O. Box 15156                         Tel.  617-345-3244
Worcester, MA  01615-0156
Tel.  508-926-3452


Dated:      January 7, 2005


#04-11809